## RECONSIDERATION DOCKET

**92–2164.** Lorain Cty. Bar Assn. v. Motsch. Reported at 74 Ohio St.3d 1487, 658 N.E.2d 306. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

On petition to dismiss by the Commission on Continuing Legal Education. Petition granted.

**94–835.** Gallagher v. Cleveland Browns Football Co. *Cuyahoga County,* No. 63311. Reported at 74 Ohio St.3d 427, 659 N.E.2d 1232. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**94–1217.** Hood v. Diamond Products, Inc. *Lorain County,* No. 93CA005649. Reported at 74 Ohio St.3d 298, 658 N.E.2d 738. On motion for reconsideration. Motion denied.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.